USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

    Plaintiff,

v.

NATIONAL AMUSEMENTS, INC.,

    Defendant.

---

19-CV-11428 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 19, 2019, the Court ordered that within forty-five (45) days of service of the summons and complaint, the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. Dkt. 7. Counsel for Defendant National Amusements, Inc. entered appearances on December 19, 2019, Dkts. 5-6, and filed an Answer on January 24, 2020, Dkt. 10. However, the Court has still not received the parties' joint letter. The parties shall file their joint letter no later than February 7, 2020.

SO ORDERED.

Dated:    February 4, 2020
            New York, New York

Ronnie Abrams
United States District Judge