| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 3/26/2020 |
|---|---|

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

           Plaintiff,

v.

NATIONAL AMUSEMENTS, INC.,

           Defendant.

No. 19-CV-11428 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel shall still submit their joint letter and proposed case management plan described in the Court's February 10, 2020 Order by April 3, 2020. In their joint letter, the parties should also indicate whether an initial conference is necessary in this matter. If so, the Court will hold an initial conference by telephone. If not, the Court may enter a case management plan and scheduling order and the parties need not appear. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   March 26, 2020
         New York, New York

                                              Ronnie Abrams
                                              United States District Judge