```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

                Plaintiff,

v.

NATIONAL AMUSEMENTS, INC.,

                Defendant.

19-CV-11428 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 15, 2020, the Court stayed this case pending the Second Circuit's decision in the consolidated appeal in *Mendez v. Ann Taylor, Inc.*, No. 20-1550, and *Dominguez v. Banana Republic*, No. 20-1559. On June 2, 2022, the Second Circuit issued an opinion in *Dominguez*. Accordingly, by June 17, 2022, the parties shall file a joint letter informing the Court of their positions on how the Second Circuit's decision impacts this particular case and proposing next steps in this action.

SO ORDERED.

Dated:    June 10, 2022
            New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge