| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 08/31/2022 |

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

                    Plaintiff,

           v.

NATIONAL AMUSEMENTS, INC.,

                    Defendant.

19-CV-11428 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 28, 2022, the Court granted Plaintiff leave to file a second amended complaint in this action, to the extent she has a good-faith basis to do so, and directed that any such complaint by filed by August 29, 2022. Plaintiff has not filed such a complaint. Accordingly, the Court assumes that Plaintiff intends to rely on her existing complaint. Defendant shall file either an answer or a motion to dismiss by September 21, 2022. To the extent Defendant wishes to reiterate the arguments made in its moot June 2020 motion to dismiss for efficiency purposes, it may do so.

SO ORDERED.

Dated:    August 31, 2022
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge