UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELINA CALCANO, on behalf of herself and all other persons similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>NATIONAL AMUSEMENTS, INC.,<br><br>       Defendant. | 1:19-cv-11428 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On September 23, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 35. The deadline for that filing has now passed and the parties have not filed such a letter. Further, Defendant filed a motion to dismiss on September 21, 2022. ECF No. 33. Under Local Civil Rule 6.1(b), Plaintiff's opposition (if any) was due within 21 days of that motion. That date has passed and no opposition was filed. Accordingly, the parties shall, by **October 24, 2022**, file a joint letter addressing all of the information requested in the September 23, 2022 Order.

Dated: October 18, 2022
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge