UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELINA CALCANO, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AMUSEMENTS, INC.<br><br>Defendant. | Case No. 1:19-cv-11428-JLR<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

NOTICE OF VOLUNTARY DISMISSAL is hereby filed on behalf of Plaintiff Evelina Calcano and all other persons similarly situated, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's individual and class action claims in this action are voluntarily and finally dismissed *without prejudice*, with each party to bear its own fees, costs, and expenses.

Dated: October 21, 2022

LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC

_____
Darryn Solotoff, Esq.
Attorney for Plaintiff
25 Melville Park Road, Suite 108
Melville, New York 11747
(516) 317-2453
ds@lawsolo.net

This action is voluntarily **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own fees, costs, and expenses.

Dated:  October 24, 2022
         New York, New York
SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge

1